Oscar Daniel BOLANES–BLANCO, a.k.a. Oscar Bolanos, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 08–71836.

United States Court of Appeals, Ninth Circuit.

Submitted April 20, 2011.*

Filed April 22, 2011.

Oscar Daniel Bolanes–Blanco, Stockton, CA, pro se.

Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, Robbin Kinmonth Blaya, Esquire, Trial, Edward Earl Wiggers, Esquire, U.S. Department of Justice, Washington, DC, for Respondent.

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

Oscar Daniel Bolanes–Blanco, a native and citizen of Nicaragua, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

U.S.C. § 1252. We grant the petition for review and remand.

The BIA denied Bolanes–Blanco's motion to reopen without the benefit of our decision in *Coyt v. Holder*, 593 F.3d 902 (9th Cir.2010), in which we concluded that 8 C.F.R. § 1003.2(d) did not apply to cause the withdrawal of a motion to reopen filed by a petitioner who subsequently has been removed from the United States. *See Coyt*, 593 F.3d at 906–07. We remand in light of this intervening case law for the BIA to reconsider Bolanes–Blanco's motion, including, if necessary, whether the 90–day filing limitation should be equitably tolled.

We construe Bolanes–Blanco's letter of January 26, 2009, as a motion to supplement the record. So construed, the motion is denied as moot.

**PETITION FOR REVIEW GRANTED; REMANDED.**